UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GALLARZO,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>Respondent. | NO. CV 12-8082-AG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the magistrate judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the magistrate judge.

Petitioner's objections raise new subclaims under ineffective assistance of counsel (Ground One) and prosecutorial misconduct (Ground Two). (*E.g.,* Objections at 24-25, 47-49, 54-58, 69-87.) To the extent they are unexhausted, Petitioner's new subclaims do not warrant habeas relief. 28 U.S.C. § 2254(b)(2). Moreover, they are without merit. *Cassett v. Stewart*, 406 F.3d 614, 624 (9th Cir. 2005).

Petitioner's remaining objections are meritless.

IT IS ORDERED that the petition is denied and the action dismissed with prejudice.

DATED: January 5, 2015

_____
ANDREW J. GUILFORD
United States District Judge