UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY GALLARZO, | ) | NO. CV 12-8082-AG (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 5, 2015         _____
                                ANDREW J. GUILFORD
                                United States District Judge